**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| ANKIT KUMAR,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; TRINITY MINTER, Warden, West Tennessee Detention Facility,<br><br>    Respondents. | No. 2:26-cv-02256-SHL-tmp |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On March 11, 2026, Petitioner Ankit Kumar filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Kumar challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks his immediate release, arguing that his "continued detention without a bond hearing violates Petitioner's Fifth Amendment Due Process rights and the Immigration and Nationality Act ('INA')." (Id. at PageID 8.) He states that he served a copy of the Petition on each Respondent on March 11. (Id. at PageID 31.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Kumar shall, within **five days** of this Order, email a copy of this Order to the United States Attorney for the Western District of Tennessee at the following address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)    Within **five days** after Kumar fully complies with the above requirement, Respondents shall respond to the Petition in writing.

(3)    Kumar may file a reply within **two days** after Respondents' responsive filing.

(4)    Respondents shall not transfer Kumar out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 2nd day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE